UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 25 AM 9: 46

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Benjamin Wade CONDER,** )<br>)<br>)<br>)<br>Defendant(s) )<br>_____) | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal<br>Aliens<br><br>'08 MJ 2607 |

The undersigned complainant, being duly sworn, states:

On or about **August 22, 2008**, within the Southern District of California, defendant **Benjamin Wade CONDER** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Arturo GARCIA-Flores, Damian GONZALEZ-Gonzalez,** and **Jorge CASTILLO-Hernandez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS <u>25th</u> DAY OF **August, 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

8/22/08

CONTINUATION OF COMPLAINT:
Benjamin Wade CONDER

# PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Arturo GARCIA-Flores, Damian GONZALEZ-Gonzalez,** and **Jorge CASTILLO-Hernandez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 22, 2008, Border Patrol Agent J. Page was working the Primary position at the State Route (SR) 94 Border Patrol Immigration Checkpoint in Jamul, California. The SR 94 checkpoint was fully operational with all traffic signs and controls in effect.

At approximately 3:00 P.M. Agent Page observed a green Saturn four door sedan with no license plates drive into the primary position. Agent Page identified himself as a Border Patrol Agent then questioned the driver, defendant **Benjamin Wade Conder**, as to his Immigration status. The defendant stated "United States". Agent Page noticed CONDER's voice was breaking up as if he were nervous. Agent Page also observed CONDER's hands were tightly gripping the steering wheel and his knuckles were white, further indicating nervousness. Agent Page then asked the defendant where he was coming from. The defendant hesitated for a couple of seconds and then stated "down the street".

Agent Page then asked the defendant "where down the street" was. The defendant hesitated again and then stated that he came from Dulzura. Agent Page then asked the defendant if he was the owner of the vehicle. The defendant claimed the vehicle belonged to him. Agent Page noticed the Saturn appeared to be sagging towards the rear as if something heavy was in the trunk. Agent Page then asked if he could take a look inside the trunk of the vehicle. The defendant said yes. The defendant began looking around the inside of the car for the trunk release. Because the defendant was having difficulty finding the trunk release, Agent Page suspected the vehicle might not belong to him. Agent Page instructed the defendant to move the vehicle into the secondary position.

At the secondary position, the defendant exited the vehicle and walked to the rear of the vehicle and opened the trunk. The Agent at the secondary position, Border Patrol Agent E. Esparza observed three individuals laying down and sweating profusely inside the trunk compartment. Agent Esparza also observed that all the individuals had pieces of a blanket tied around their shoes, which is a common trick used by illegal aliens to avoid being detected crossing the Border illegally by not leaving footprints.

Agent Esparza then identified himself as a Border Patrol Agent. He then questioned all three individuals separately as to their immigration status. All three individuals claimed to be citizens and nationals of Mexico, and were not in possession of immigration documents allowing them to enter or remain in the United States. At approximately 3:03 P.M., Agent Esparza placed the defendant and the three smuggled individuals under arrest. All of the subjects were taken inside the SR-94 Checkpoint for processing.

CONTINUATION OF COMPLAINT:
Benjamin Wade CONDER

## DEFENDANT STATEMENT:

CONDER said he was born in National City, California. CONDER said he is a citizen and national of the United States.

CONDER said he was arrested on August 22, 2008 for smuggling three illegal aliens inside a Saturn he was driving. CONDER claimed a middle aged female with platinum blond hair, drove him to a friend's house. CONDER said he did not know the name of the female and said he just met her today. CONDER said he knows his friend as "Bam" and has known him for approximately four to five months. CONDER said he thought the blond female was "Bam's" girlfriend. CONDER said "Bam" lent him the green 1997 Saturn SL2 he was driving. CONDER said he was mentally exhausted from work and wanted to take a drive out in the country. CONDER said he drove to a store in Potrero, California and went inside to get a soft drink and some air freshener for the car. After purchasing these items, CONDER said he got back into the Saturn and drove it west on SR-94 until he was apprehended at the checkpoint. CONDER claims he had no knowledge of illegal aliens being in the trunk of his car before he arrived at the checkpoint. CONDER speculated they must have entered into the car, opened the trunk from the inside, and climbed into the trunk while he was inside the store. When questioned as to the veracity of his story and confronted with the likelihood of illegal aliens getting into his car with no prior knowledge of where he was going, CONDER said he had no other explanation and was not going to revise his story.

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Arturo GARCIA-Flores, Damian GONZALEZ-Gonzalez,** and **Jorge CASTILLO-Hernandez** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally with the assistance of a foot-guide. They were instructed by the foot-guide to hide under some trees along the road and wait for a vehicle that would arrive to pick them up. The material witnesses stated that they were to pay between $1,950.00 to $2,300.00 (USD) to be smuggled into various part of the United States. All three material witnesses were shown a photo lineup and were able to identify **Benjamin Wade CONDER** as the driver of the vehicle they were traveling in.

Executed on August 24, 2008, at 9:00 am.

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 22, 2008, in violation of Title 8, United States Code, Section 1324.

_____
Peter C. Lewis
United States Magistrate Judge

8-24-08 @ 11:34 a.m.
Date/Time